### 16439.   EADY *v.* BROWNLEE *et al.*

LUKE, J. Under all the facts of the case the direction of the verdict for the defendants was not error.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 6, 1925.

Complaint; from Fulton superior court—Judge Humphries. April 18, 1925.

*Anderson, Rountree & Crenshaw,* for plaintiff.
*Scott Candler, Madison Richardson,* for defendant.